UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK

REESEIE E. NASH,

                              Plaintiff,

                                                           DECISION AND ORDER
                    v.                                     16-CV-717

CHIEF HARRIS, et al.,

                              Defendants.

The above-referenced case was referred to Magistrate Judge Michael J. Roemer, pursuant to 28 U.S.C. § 636(b)(1)(B). On July 21, 2017, Magistrate Judge filed a Report and Recommendation (Dkt. No. 19), recommending that this case be dismissed under Rule 41(b) for failure to prosecute.

The Court has carefully reviewed the Report and Recommendation, the record in this case, and the pleadings and materials submitted by the parties, and no objections having been timely filed, it is hereby

ORDERED, that pursuant to 28 U.S.C. § 636(b)(1), and for the reasons set forth in Magistrate Judge Roemer's Report and Recommendation, this case is dismissed under Rule 41(b) for failure to prosecute.

The Clerk of Court shall take all steps necessary to close the case.

IT IS SO ORDERED.

                                        __s/Richard J. Arcara_____
                                        HONORABLE RICHARD J. ARCARA
                                        UNITED STATES DISTRICT COURT

Dated: August 30, 2017